1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   JULIAN ANDREW HAMILTON,              Case No. CV 13-8528 SS
12                    Plaintiff,
13        v.                             **JUDGMENT**
14   CAROLYN W. COLVIN,
     Acting Commissioner of the
15   Social Security Administration,
16
                     Defendant.
17
18
19
20        IT  IS  ADJUDGED  that  the  decision  of  the  Commissioner  is
21   REVERSED and the action is REMANDED for further review consistent
22   with the Court's Memorandum Decision and Order.
23
24   DATED:  January 13, 2015
25
26
27                                        /S/
                                     SUZANNE H. SEGAL
28                                   UNITED STATES MAGISTRATE JUDGE