JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN HAMILTON | CASE NO. CV 13-8528 SS |
| Plaintiff, | ORDER AWARDING ATTORNEYS FEES PURSUANT TO |
| vs. | EAJA, 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | _____ |
| Defendant | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

That EAJA fees are awarded in the amount of $3,164.06, subject to the terms of the stipulation.

Dated: 3/30/15

_____/S/_____
SUZANNE H. SEGAL
U.S. Magistrate Judge